THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| CHARLIE M. GASTON, | * |
| Petitioner, | * |
| v. | * CV 414-065 |
| | * (Formerly CR 412-160) |
| UNITED STATES OF AMERICA, | * |
| Respondent. | * |

ORDER

On May 19, 2016, the United States Magistrate Judge issued a Report and Recommendation wherein he recommended the denial of Petitioner's motion brought pursuant to 28 U.S.C. § 2255. At the conclusion of the Report and Recommendation, the Magistrate Judge recommended that a certificate of appealability not be issued. On June 13, 2016, this Court adopted the Report and Recommendation in its entirety. Petitioner has filed a notice of appeal from the judgment in this case. He has also moved for the issuance of a certificate of appealability. Because the Court has already ruled on the matter, the motion (doc. 30) is **DENIED AS MOOT**. Consequently, Petitioner's motion to proceed *in forma pauperis* on appeal (doc. 31) is also **DENIED AS MOOT**.

**ORDER ENTERED** at Augusta, Georgia, this 25th day of August, 2016.

_____
HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA